UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAQURON D. MCLEAN LACY,<br><br>Plaintiff,<br><br>v.<br><br>D. NAVARRO, et al.,<br><br>Defendants. | No.  1:25-cv-00350-KES-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITH PREJUDICE<br><br>Doc. 13 |

Plaintiff Laquron D. McLean Lacy is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 30, 2026, the assigned magistrate judge screened the amended complaint and issued findings and recommendations recommending that this action be dismissed with prejudice for failure to state a cognizable claim upon which relief may be granted.  Doc. 13.  The findings and recommendations were served on plaintiff, and on March 5, 2026, plaintiff filed objections to the findings and recommendations, Doc. 14.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case.  In her objections, plaintiff asserts the same conclusory allegations included in her first amended complaint.  Plaintiff's objections do not undermine the findings and recommendations.

1

Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on January 30, 2026, Doc. 13, are adopted in full;

2. This action is dismissed with prejudice for failure to state a cognizable claim upon which relief may be granted; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   May 1, 2026

_____
UNITED STATES DISTRICT JUDGE

2